| AO 10<br>Rev. 1/2018 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2018 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Harvey, Gordon M. | 2. Court or Organization<br><br>U.S. District Court for the District of Columbia | 3. Date of Report<br><br>05/14/2019 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. Magistrate Judge -- Full Time | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2018<br>to<br>12/31/2018 |

| 7. Chambers or Office Address<br><br>U.S. District Court for District of Columbia<br>333 Constitution Avenue, NW<br>Washington, DC 20001 |
|---|

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board Member | Moto, Inc. |
| 2. | Trustee | Family Trust #3 |
| 3. | Trustee | Family Trust #4 |
| 4. | Trustee | Family Trust #5 |
| 5. | Board Member | Federal Magistrate Judge Association |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harvey, Gordon M. | 05/14/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2018 | ▨▨▨▨▨ -- Administration |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Moto, Inc. | February 23-24, 2018 | Belleville, IL | Board Meeting | Transportation, Hotel, Meals |
| 2. | Moto, Inc. | April 5-8, 2018 | Scottsdale, AZ | Board Meeting | Transportation, Hotel, Meals |
| 3. | Moto, Inc. | October 18-20, 2018 | St. Louis, MO | Board Meeting | Transportation, Hotel, Meals |
| 4. | Federal Magistrate Judges Association | July 29-31, 2018 | Denver, CO | Membership & Board Meeting | Transportation, Hotel, Meals |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harvey, Gordon M. | 05/14/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Bryant American Inn of Court | Honorary Membership | $395.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | ▓▓▓▓▓▓ | Tuition Agreement | K |
| 2. | ▓▓▓▓▓▓ | Tuition Agreement | K |
| 3. | ▓▓▓▓ | Tuition Agreement | L |
| 4. | Suntrust Bank | College Loans | K |
| 5. | Federal Government | College Loans | K |

| Name of Person Reporting | Date of Report |
|---|---|
| Harvey, Gordon M. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Fidelity Account -- Cash | A | Interest | K | T | | | | | |
| 2. Forsyth Carterville Coal Stock | G | Dividend | P1 | U | | | | | |
| 3. --Sold Forsyth Carterville Coal Stock | | | | | Sold (part) | 01/18/18 | K | E | Forsyth Cartervill Coal Co |
| 4. --Sold Forsyth Cartervillw Coal Stock | | | | | Sold (part) | 01/18/18 | K | E | Forsyth Cartervill Coal Co |
| 5. --Sold Forsyth Carterville Coal Stock | | | | | Sold (part) | 01/18/18 | K | E | Forsyth Cartervill Coal Co |
| 6. --Sold Forsyth Carterville Coal Stock | | | | | Sold (part) | 01/18/18 | K | E | Forsyth Cartervill Coal Co |
| 7. --Sold Forsyth Carterville Coal Stock | | | | | Sold (part) | 04/24/18 | K | E | Forsyth Cartervill Coal Co |
| 8. --Sold Forsyth Carterville Coal Stock | | | | | Sold (part) | 04/24/18 | K | E | Forsyth Cartervill Coal Co |
| 9. --Sold Forsyth Carterville Coal Stock | | | | | Sold (part) | 04/24/18 | K | E | Forsyth Cartervill Coal Co |
| 10. --Sold Forsyth Carterville Coal Stock | | | | | Sold (part) | 04/24/18 | K | E | Forsyth Cartervill Coal Co |
| 11. Missouri Real Estate Stock | E | Dividend | O | U | | | | | |
| 12. Moto, Inc. Stock | F | Dividend | P1 | U | | | | | |
| 13. Fidelity IRA # 1 (H) | | | | | | | | | |
| 14. --Vanguard Target Ret 2035 FD Inv | A | Int./Div. | K | T | | | | | |
| 15. Fidelity IRA #2 (H) | | | | | | | | | |
| 16. --Vanguard Target Ret 2035 FD Inv | A | Int./Div. | K | T | | | | | |
| 17. TIAA Account LFCYCLE 2030T4 | A | Int./Div. | L | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harvey, Gordon M. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Real Estate, Mercer County, WV Property | | None | K | W | | | | | |
| 19. Family Trust #1 (H) | | | | | | | | | |
| 20. --Cash Account Managed by the Commerce Trust Co | A | Interest | J | T | | | | | |
| 21. --Missouri Real Estate Stock | D | Dividend | M | U | | | | | |
| 22. Family Trust #2 (H) | | | | | | | | | |
| 23. --Cash Account Managed by the Commerce Trust Co | A | Interest | J | T | | | | | |
| 24. --Missouri Real Estate Stock | C | Dividend | M | U | | | | | |
| 25. Family Trust #3 (H) | | | | | | | | | |
| 26. --Alliance Growth (SA AB Growth) | A | Int./Div. | J | T | | | | | |
| 27. --Emerging Mkts mgd by JP Morgan Inv. Mgmt | A | Int./Div. | J | T | | | | | |
| 28. -- Growth Opportunities mgd by Invesco Advisors | A | Int./Div. | J | T | | | | | |
| 29. --Invesco VI Comstock Fund | A | Int./Div. | J | T | | | | | |
| 30. --Natural Resources mdg by Wellington Mgmt Fund | A | Int./Div. | J | T | | | | | |
| 31. --Fidelity Institutional AM Real Estate (see note in Part VIII) | A | Int./Div. | J | T | | | | | |
| 32. --Small & Mid Cap Value mgd by Alliance Bernstein | A | Int./Div. | J | T | | | | | |
| 33. --Templeton Franklin Foreign Value | A | Int./Div. | J | T | | | | | |
| 34. Family Trust #4 (H) | | | | | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harvey, Gordon M. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. --Alliance Growth (SA AB Growth) | A | Int./Div. | J | T | | | | | |
| 36. --Emerging Mkts mgd by JP Morgan Inv. Mgmt | A | Int./Div. | J | T | | | | | |
| 37. -- Growth Opportunities mgd by Invesco Advisors | A | Int./Div. | J | T | | | | | |
| 38. --Invesco VI Comstock Fund | A | Int./Div. | J | T | | | | | |
| 39. --Natural Resources mdg by Wellington Mgmt Fund | A | Int./Div. | J | T | | | | | |
| 40. --Fidelity Institutional AM Real Estate (see note in Part VIII) | A | Int./Div. | J | T | | | | | |
| 41. --Small & Mid Cap Value mgd by Alliance Bernstein | A | Int./Div. | J | T | | | | | |
| 42. --Templeton Franklin Foreign Value | A | Int./Div. | J | T | | | | | |
| 43. Family Trust #5 (H) | | | | | | | | | |
| 44. --Alliance Growth (SA AB Growth) | A | Int./Div. | J | T | | | | | |
| 45. --Emerging Mkts mgd by JP Morgan Inv. Mgmt | A | Int./Div. | J | T | | | | | |
| 46. -- Growth Opportunities mgd by Invesco Advisors | A | Int./Div. | J | T | | | | | |
| 47. --Invesco VI Comstock Fund | A | Int./Div. | J | T | | | | | |
| 48. --Natural Resources mdg by Wellington Mgmt Fund | A | Int./Div. | J | T | | | | | |
| 49. --Fidelity Institutional AM Real Estate (see note in Part VIII) | A | Int./Div. | J | T | | | | | |
| 50. --Small & Mid Cap Value mgd by Alliance Bernstein | A | Int./Div. | J | T | | | | | |
| 51. --Templeton Franklin Foreign Value | A | Int./Div. | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harvey, Gordon M. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Bank of America Cash Account | A | Interest | L | T | | | | | |
| 53. Wells Fargo Cash Account | A | Interest | J | T | | | | | |
| 54. | | | | | | | | | |
| 55. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

--The Family Trusts #3, #4, and #5 listed in Part VII hold assets inside a variable annuity. As such, dividend and capital gain distributions paid from the underlying assets (also reported in Section VII) are not disclosed on the statements for these annuities. The undersigned has reported an "A" in column B1 and "Int/Div" in column B2 in an effort to provide as much transparency as possible.

--According to a representative of the fund manager of Family Trusts #3, #4, and #5 listed in Part VII, one of the funds in the trusts changed its name in 2018 from "Real Estate mgd by Pyramis Global" (as listed on last year's financial disclosure) to "Fidelity Institutional AM Real Estate."

--No interest, dividends or capital gain distributions can be identified in the statements for the TIAA LFCYCLE 2030T4 Account in Part VII. In an abundance of caution, an "A" has been entered for income under column B(1) for this asset.

--Three of the four Bank of America accounts reported in Part VII are accounts owned by the undersigned's          . The undersigned does not own the cash in any of those accounts. The undersigned was made signatory on the accounts to manage his          affairs in the event of her death or disability.

| Name of Person Reporting | Date of Report |
|---|---|
| Harvey, Gordon M. | 05/14/2019 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Gordon M. Harvey**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544